STATE OF LOUISIANA

VERSUS

CHERI HAYDEN

NO. 25-KH-354

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 20, 2025

Linda Tran
First Deputy Clerk

---

**IN RE** CHERI HAYDEN

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 08-1709

---

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Marc E. Johnson

**WRIT DENIED**

Relator, Cheri Hayden, seeks review of the trial court's July 30, 2025 ruling that granted the motion for stay filed by Respondent, the State of Louisiana. The ruling stayed all proceedings in the district court, which included a stay of any bail proceedings, pending the Louisiana Supreme Court's review of the State's writ application from *Hayden v. Boutte*, 22-244 (La. App. 5 Cir. 7/2/25), --- So.3d ---, 2025 WL 1825998, *on remand*. Relator argues that the trial court unconstitutionally stayed this Court's decree in the *Hayden* case, and it abused its discretion in issuing the order by failing to apply the stay factors. She contends that the stay has ultimately denied her constitutional rights to bail consideration.

Considering La. C.Cr.P. art. 930.6(B)[1] in conjunction with Uniform Rules—Courts of Appeal, Rule 4-4, we find that the trial court did not abuse its discretion in

---

[1] Prior to the August 1, 2025 effective date of the legislative amendment that repealed La. C.Cr.P. art. 930.6(C), Subsection C stated: "Pending the state's application for writs, or pending the state's appeal, the district court or the court of appeal may stay the judgment granting relief." As amended, La. C.Cr.P. art. 930.6(B) now states: "The

granting a stay pending review of the State's writ application by the Louisiana Supreme Court. *See*, *Hayden v. Boutte*, 23-349 (La. App. 5 Cir. 8/9/23), *writ denied*, 23-1159 (La. 4/3/24). Because this Court's ruling that granted Relator post-conviction relief is not final, we further find that Relator is not entitled to a post-conviction relief bail hearing. *See*, *Id*., citing La. C.Cr.P. art 922.

Accordingly, the writ application is denied.

Gretna, Louisiana, this 20th day of August, 2025.

**MEJ**
**SMC**
**JGG**

---

district attorney and the attorney general shall have a right to suspensively appeal any order granting post conviction relief." Subsection (C) was in effect at the time of the district court's ruling.

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/20/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-354**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Darren A. Allemand (Respondent)          Jee Y. Park (Relator)
Thomas J. Butler (Respondent)

### MAILED
Honorable Paul D. Connick, Jr.
(Respondent)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053